UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  CHRISTOPHER WALLACE　　　　　　　　　　　　　　　　Case # 12-36979

Debtor(s)

**O R D E R**

This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to make payments as required by the Plan filed, **DECEMBER 7, 2012**,

It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments due the Chapter 13 Trustee prior to entry of this order and received pursuant to a wage assignment shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney, and the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties in interest.

Dated: **Sep 11 2014**　　　　　　　　　　　　　　　　　/s/ Kevin R. Huennekens
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780　　　　　　　　　　NOTICE OF JUDGMENT OR ORDER
(804) 775-0979
VSB #5578　　　　　　　　　　　　　　　　　　　Entered On Docket  **Sep 12 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Hyman
　　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Hyman, Trustee

DefaultDelayOrder